Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial.

*[signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE SECTION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| VS. ] | CRIM. CASE NO. 1:12-CR-00001 |
| ] | JUDGE TRAUGER |
| WAYNE HAMPTON ] | |

## MOTION TO CONTINUE TRIAL

Comes now the Defendant, through undersigned counsel, and moves this Honorable Court to continue the trial in this cause. As grounds therefore, the Defendant would show as follows:

1. The trial is currently set for September 18, 2012, by Order of this Court. [Doc. No. 49]

2. On August 3, 2012, the Defendant was scheduled to enter a change of plea. The Defendant changed his mind about pleading guilty and so informed the Court.

3. On August 31, 2012, a status hearing was conducted, at the conclusion of which the Court ordered the Defendant to inform the U.S. Government by Friday, September 7, 2012, of intent to enter a plea or proceed to trial. [Doc. No. 48] By separate Order, the Court set the trial date for September 18, 2012. [Doc. No. 49]

4. On September 11, 2012, the Defendant informed counsel, and counsel in turn informed the U.S. Government, that the Defendant would proceed to trial.