# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 1:12-00001 |
| ) | Judge Trauger |
| [2] WAYNE HAMPTON, JR., ) | |
| ) | |

## O R D E R

The sentencing in this case was scheduled for August 29, 2013 at 3:00 p.m. At that time, government counsel and the defendant were present, but defense counsel did not appear until 4:20 p.m. It is hereby **ORDERED** that this sentencing is **RESET** for Thursday, October 10, 2013, at 10:00 a.m.

It is so **ORDERED**.

ENTER this 29th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge